March 21, 2016
Mr. Mahesh Puducheri
Global Vice-President –Human Resources
3000 N. Sam Houston Parkway D.
Houston, TX 77932-3219

Dear Mr. Puducheri,

This letter is to inform you that I am rescinding my signature on the Separation, General Release and Settlement agreement that was provided to me by Pat Goen and Alan Snyder on March 16, 2016. I signed the release in anger and haste which did not allow me to consider all my options. Quite frankly, I was in shock.

I was a part of the start-up team to reopen the Barroid Plant 21 years ago. I set up the lab and hired lab techs. I supervised the lab, four employees and was in charge of Quality Assurance for all those years. I have never had any disciplinary action and had good jobs reviews every year.

This job was perfect for me given my disability. I could do everything that was in my job description with no accommodations as well as take on more responsibility, if asked.

Please acknowledge the receipt of this letter.

Respectfully, *Robert Allen Harvey*

Robert Allen Harvey
792 Garfield Ave.
Lovell, WY 82431
harvey00@tctwest.net

Cc: Jason.Merritt@halliburton.com

Alan Snyder, Plant Manager, Lovell