Keith R. Nachbar
Keith R. Nachbar, P.C.
123 W. 1st Street, Suite 205
Casper, Wyoming 82601
Phone:  (307) 473-8977
Fax:  (307) 473-8989
Email: Keith@Nachbarlaw.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF WYOMING**

| | |
|---|---|
| ROBERT ALLEN HARVEY and ELAINE HARVEY,<br>     Plaintiffs,<br><br>vs.<br><br>HALLIBURTON ENERGY SERVICES, INC.,<br>     Defendant. | Civil Action No. 19-cv-27 |

**DEFENDANT'S RESPONSE TO COURT'S ORDER ON REMOVAL**

**COMES NOW** counsel for Defendant, and submits this Response to this Court's March 1, 2019 Order on Removal (Doc. 16).  Defendant states as follows:

1. Pursuant to Local Rule 81.1 of this Court, Defendant, as removing party, immediately filed with this Court a copy of the Notice of Removal on February 5, 2019 (Doc. 1, pp. 1-5); and a copy of the Notice of Removal filed with the State of Wyoming County of Big Horn, Fifth Judicial District, submitted on the same day (Doc. 2.);

2. No hearing was pending in the district court when the Notice of Removal was filed with the clerk;

3. A copy of all records and proceedings, together with a copy of the state court docket sheet in the district court was timely filed on February 5, 2019.  (*See* Doc. Nos. 2, 3 and 4.); and

4. A copy of this Court's *Order on Removal* was filed with the State of Wyoming, Fifth Judicial District Court, Big Horn County, on March 5, 2019.

WHEREFORE, Defendant respectfully submits that it has fully complied with this Court's Order on Removal.

**DATED** this 11th day of March, 2019.

              */s/ Keith R. Nachbar*
              Keith R. Nachbar
              Keith R. Nachbar, P.C.
              123 W. 1st Street, Suite 205
              Casper, Wyoming 82601
              Phone:  (307) 473-8977
              Fax:  (307) 473-8989
              Email: Keith@Nachbarlaw.com

              **COUNSEL FOR DEFENDANT, HALLIBURTON ENERGY SERVICES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of March, 2019, the foregoing Response to Order on Removal has been served via the Court's electronic filing system upon counsel of record as follows:

>Philip A. Nicholas
>Meggan J. Nicholas
>Nicholas & Tangeman, LLC
>P.O. Box 928
>Laramie, Wyoming 82073
>nicholas@wyolegal.com
>mnicholas@wyolegal.com
>
>Thomas E. Lubnau
>Lubnau Law Office, PC
>P.O. Box 1028
>Gillette, Wyoming 82717
>tom@esteq.com

           */s/ Keith R. Nachbar*